## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 05-454-3** |
| | : | |
| **MAURICE DAVIS** | : | |

## <u>ORDER</u>

**AND NOW**, this 28th day of September 2023, upon considering Defendant's Motion to lift the stay (ECF No. 181), Defendant's habeas Petition under 28 U.S.C. § 2255 (ECF No. 162), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1.   Defendant's Motion to lift the stay (ECF No. 181) is **GRANTED**;[1]

2.   Defendant's Petition (ECF No. 162) is **DENIED**;

3.   We **DENY** a certificate of appealability;[2] and,

4.   The Clerk of Court shall **close** this case.

_____
KEARNEY, J.

---

[1] Chief Judge Petrese B. Tucker's August 19, 2016 Administrative Order stayed progress on all motions filed under 28 U.S.C. § 2255 seeking collateral relief based on *Johnson v. United States*, 576 U.S. 591 (2015). The Administrative Order no longer applies as detailed in today's accompanying Memorandum.

[2] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).